William J. Flynn, State Bar No. 095371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
Tel.    (415) 677-9440
Fax    (415) 677-9445
Email:  sdenardo@neyhartlaw.com

**Attorneys for Plaintiffs**

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*6/7/2007*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.I.S.B., INC., a California Corporation; et al.,<br><br>    Plaintiffs,<br>v.<br><br>GLENUS J. BENDER dba BENDER ELECTRIC, a sole proprietorship,<br><br>    Defendant. | Case No.  C-07-1228-VRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Hearing Date:**<br>**Time:**<br>**Courtroom:** 6<br>**Location:** 17th Floor,<br>    450 Golden Gate Ave.<br>    San Francisco, CA<br>**Judge:** Hon. Vaughn R. Walker |

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action against all parties without prejudice.

Dated: May **2**, 2007

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for all Plaintiffs

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

Case No. C-07-1228-VRW
NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE BY MAIL

I, the undersigned, delcare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104-6702. On May 30, 2007, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL**

On the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Mr. Christopher J. Olson
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 30, 2007, at San Francisco, California.

Judy Dunworth

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW